**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.** **Case No.: 5:25cv330-MW/MJF**

**MELISSA SMITH,**

***Defendant*.**
**______________________________/**

**ORDER CANCELING BENCH TRIAL**

Inasmuch as this case remains **STAYED**, the bench trial on the calendar for October 19, 2026, is **CANCELED**. This Court will reset the trial once the stay is lifted in this case.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**